**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2357**

In re:  XAVIER J. SANDERS,

      Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  March 22, 2018               Decided:  April 9, 2018

Before MOTZ and KEENAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Xavier J. Sanders, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xavier J. Sanders, a North Carolina state detainee, has filed a petition for an original writ of habeas corpus. Sanders alleges that he is being held in pretrial custody in violation of the United States Constitution, and seeks immediate release and dismissal of the charges against him.[*] This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case provides no reason to depart from this practice. Moreover, we find that the interest of justice would not be served by transferring the case to the district court. *See* 28 U.S.C. §§ 1631, 2241(b) (2012). Accordingly, we deny leave to proceed in forma pauperis and dismiss Sanders' petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

---

[*] It does not appear that Sanders has exhausted any available state court remedies.